# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139798 & (17)(18)

IN RE DEERING
_____

PAUL HOWARD DEERING,
      Petitioner-Appellant,

v

PEOPLE OF THE STATE OF MICHIGAN
and OAKLAND CIRCUIT COURT JUDGE,
      Respondents-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139798
COA: 293607
Oakland CC: 2005-206063-FH

On order of the Court, the motion for immediate consideration is GRANTED. the application for leave to appeal the October 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to seal the file is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk